```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 07 B 19364
     KENDRICKS JOHNSON
                                           CHAPTER 13

                                           JUDGE: JACK B SCHMETTERER

          Debtor
     SSN XXX-XX-2665

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 10/19/2007 and was not confirmed.

     The case was dismissed without confirmation 12/05/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST     PRINCIPAL
                                                               PAID         PAID
--------------------------------------------------------------------------------
IL DEPT OF HEALTHCARE &  DSO ARREARS    NOT FILED          .00          .00
IL DEPT OF HEALTHCARE &  DSO ARREARS    NOT FILED          .00          .00
MIDLAND CREDIT MANAGEMEN UNSECURED      NOT FILED          .00          .00
PENTAGROUP               UNSECURED      NOT FILED          .00          .00
NCO FINANCIAL SYSTEMS    UNSECURED      NOT FILED          .00          .00
AMERICAS SERVICING COMPA CURRENT MORTG        .00          .00          .00
AMERICAS SERVICING COMPA SECURED NOT I        .00          .00          .00
AMERICAS SERVICING COMPA NOTICE ONLY          .00          .00          .00
PRO SE DEBTOR            DEBTOR ATTY          .00                       .00
TOM VAUGHN               TRUSTEE                                        .00
DEBTOR REFUND            REFUND                                         .00

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                            .00
ADMINISTRATIVE                                       .00
TRUSTEE COMPENSATION                                 .00
DEBTOR REFUND                                        .00
                        --------------       --------------
TOTALS                        .00                    .00
```

              PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 07 B 19364 KENDRICKS JOHNSON

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/26/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 07 B 19364 KENDRICKS JOHNSON